# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY PIERCE,
Petitioner,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; WARDEN BRIAN
WILLIAMS; LT. WARD; LT. SPIECE;
SENIOR CORRECTIONAL OFFICER
LEVITT; AND CORRECTIONAL
OFFICER BOGUE,
Respondents.

No. 69471

**FILED**

MAY 20 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

On February 2, 2016, this court entered an order regarding filing fee. The order granted an extension of 30 days to submit either the requisite filing fee or a financial certificate from the Department of Corrections. Further, the order cautioned petitioner that failure to comply with this order will result in dismissal of this petition. To date, petitioner has not paid the filing fee or provided this court with a financial certificate from the Department of Corrections. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1]This court has reviewed the letter received from petitioner on February 24, 2016, and determined that no action is warranted.

16 - 16023

cc: Gary Pierce
Attorney General/Carson City